UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRASER MCDONOUGH
ROTCHFORD,

                    Plaintiff,

        v.

CLALLAM COUNTY, et al.,

                    Defendant.

CASE NO. 3:20-CV-5964-JCC-DWC

REPORT AND RECOMMENDATION

Noting Date: December 11, 2020

        The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff Fraser McDonough Rotchford, proceeding *pro se*, filed a proposed complaint on September 25, 2020. Dkt. 1. Plaintiff did not pay the filing fee or an application to proceed *in forma pauperis* ("IFP"). *See* Dkt. 1. On September 29, 2020, the Clerk of Court sent Plaintiff a letter notifying Plaintiff he had failed to meet the filing fee requirement. Dkt. 2. The Clerk of Court instructed Plaintiff to submit the $400.00 filing fee or an application to proceed IFP. *Id*. The Clerk of Court warned Plaintiff if he did not respond to the letter by October 29, 2020 the action may be subject to dismissal. *Id*.

1    Plaintiff has not responded to the Clerk of Court's letter, has not paid the filing fee, and

2    has not filed an application to proceed IFP. As Plaintiff has failed to prosecute this case, the

3    Court recommends this case be dismissed without prejudice.

4    Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

5    Procedure, the parties shall have fourteen (14) days from service of this Report to file written

6    objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those

7    objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time

8    limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on

9    December 11, 2020 as noted in the caption.

10

11    Dated this 12th day of November.

12

13    _____
     David W. Christel
14    United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION - 2