THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRASER McDONOUGH ROTCHFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>CLALLAM COUNTY, *et al.*,<br><br>  Defendants. | CASE NO. C20-5964-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff Fraser Rotchford's proposed complaint (Dkt. No. 1). Magistrate Judge David Christel issued a Report and Recommendation recommending that the Court dismiss the complaint without prejudice because Mr. Rotchford has not paid the required filing fee or moved for leave to proceed *in forma pauperis*, even after the Clerk's Office sent him a letter warning that failure to do so could result in dismissal of his complaint. (Dkt. No. 4.) Mr. Rotchford has not objected to the Report and Recommendation, nor has he paid the filing fee or moved to proceed *in forma pauperis*. Having thoroughly considered the Report and Recommendation and the relevant record, the Court ADOPTS the Report and Recommendation and DISMISSES Plaintiff's complaint without prejudice. The Court DIRECTS the Clerk to close this case and to send a copy of this order to Mr. Rotchford and Judge Christel.

//

//

1    DATED this 17th day of December 2020.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE
